UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.:   1:24-cv-04208

Jane Doe 11,

      Plaintiff,

                                          **[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE**

vs.
                                          **TO PROCEED ANONYMOUSLY**

Henry Jarecki,

      Defendant.

_____/

      Upon the motion of Plaintiff, Jane Doe 11, for an order permitting the filing of the Complaint, summons, civil cover sheet, and all future papers anonymously, it is hereby

      ORDERED that Plaintiff's Ex Parte Motion for Leave to Proceed Anonymously be GRANTED.


                            _____
                            UNITED STATES DISTRICT JUDGE

Dated: _____, 2024.