# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 11,<br><br>                Plaintiff,<br>v.<br><br>HENRY JARECKI,<br><br>                Defendant. | Case No. 1:24-cv-04208-JPC<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, Sigrid S. McCawley, who is a member in good standing of the bar of this Court, hereby appears as counsel for Plaintiff Jane Doe 11 in the above-captioned proceeding.

Dated: New York, New York
        September 16, 2024

                                                BOIES SCHILLER FLEXNER LLP

                                                By:    /s/ Sigrid S. McCawley
                                                             Sigrid S. McCawley
                                                             Boies Schiller Flexner LLP
                                                              401 E. Las Olas Blvd. Suite 1200
                                                              Fort Lauderdale, FL 33316
                                                              Phone: (954) 356-0011
                                                              Fax: (954) 356-0022
                                                              smcawley@bsfllp.com

                                                              *Attorney for Plaintiff*
                                                              *Jane Doe 11*