**EDWARDS HENDERSON**
**THE CRIME VICTIM LAW FIRM**

---

Florida Office

425 North Andrews Avenue
Suite 2
Fort Lauderdale, FL 33301

Telephone (954)524-2820
Fax (954)524-2822
info@cvlf.com

New York Office

*By Appointment Only*

November 8, 2024

The Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007
(212) 805-0218

      Re:    ***Jane Doe 11 v. Henry Jarecki***
                Case No.: 24-Civ. 4208 (JPC)

Dear Judge Cronan:

In response to Defendant Henry Jarecki's ("Defendant") Pre-Motion Letter (Dkt. 19), Plaintiff disagrees with multiple mischaracterizations in Defendant's letter to the Court. Defendant's Pre-Motion letter indicates that Defendant improperly intends to file a Motion to Dismiss asking this Court to ignore Plaintiff's clearly stated facts and instead accept some other set of facts.

Based on the information contained in the Pre-Motion letter, Plaintiff does not object to the Defendant's proposed briefing schedule. Plaintiff, however, reserves the right to amend her complaint after review of Defendant's Motion to Dismiss.

Respectfully submitted,

Edwards Henderson

*[signature]*

Brittany Henderson
BNH:mwk