IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 11, <br><br> Plaintiff, <br><br> - against- <br><br> HENRY JARECKI, <br><br> Defendant. | Civil Action No: 1:24-cv-04208-JPC |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) <u>JANE DOE 11</u> and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against the defendant(s) <u>HENRY JARECKI.</u>

Date: April 4, 2025

s/ Andrew Villacastin
*Signature of plaintiffs or plaintiff's counsel*

55 Hudson Yards
*Address*

New York, NY 10001
*City, State & Zip Code*

(212) 446-2300
*Telephone Number*